# Court of Appeals
# of the State of Georgia

ATLANTA,___November 03, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A2299. JOHNNY MORGAN v. THE STATE.**

The above appeal was docketed in this Court on August 10, 2015. Pursuant to the Rules of this Court, appellant's enumeration of errors and brief were due on August 30, 2015. See Court of Appeals Rule 23.

Appellant was ordered to file on September 24, 2015. Thereafter, on October 5, 2015, appellant was granted an extension of time causing his brief to be due on or before October 23, 2015.

It appearing appellant's brief and enumeration of errors have not been filed as of the date of this order, it is hereby ordered this appeal be DISMISSED. See Court of Appeals Rules 7 and 13.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*11/03/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*